No. 80–1012.   RICE, DIRECTOR, DEPARTMENT OF ALCO-
HOLIC BEVERAGE CONTROL OF CALIFORNIA *v.* NORMAN
WILLIAMS CO. ET AL.;

No. 80–1030.   BOHEMIAN DISTRIBUTING CO. *v.* NORMAN
WILLIAMS CO. ET AL.; and

No. 80–1052.   WINE & SPIRITS WHOLESALERS OF CALI-
FORNIA *v.* NORMAN WILLIAMS CO. ET AL.   Ct. App. Cal., 3d
App. Dist.   Motions of United States Brewers Association
and Lloyd H. Robertson, Superintendent, Arizona Depart-
ment of Liquor Licenses and Control, et al. for leave to file
briefs as *amici curiae* in No. 80–1012 granted.   Motion of
Wine & Spirits Wholesalers of America, Inc., et al. for leave
to file a brief as *amici curiae* granted.   Certiorari granted,
cases consolidated, and a total of one hour allotted for oral ar-
gument.   Reported below: 108 Cal. App. 3d 348, 166 Cal.
Rptr. 563.

No. 80–1923.   FULKS *v.* AVONDALE SHIPYARDS, INC., ET
AL.; and

No. 80–2135.   AVONDALE SHIPYARDS, INC. *v.* FULKS ET
AL.   C. A. 5th Cir.   Certiorari denied.   Reported below:
637 F. 2d 1008.

No. 80–2027.   BOYD *v.* ILLINOIS.   App. Ct. Ill., 1st Dist.
Certiorari denied.

No. 80–2203.   PIERCE *v.* UNITED STATES.   C. A. 6th Cir.
Certiorari denied.

No. 80–6693.   HERRON *v.* ILLINOIS.   App. Ct. Ill., 3d
Dist.   Certiorari denied.

No. 80–6774.   STECH *v.* UNITED STATES.   C. A. 9th Cir.
Certiorari denied.